# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, | No. CV-21-01129-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| PreCheck Incorporated, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Proceed by Pseudonym and for Protective Order (Doc. 2). Plaintiff John Doe has demonstrated that he should be granted leave to proceed in pseudonym and that a protective order should enter pursuant to Fed. R. Civ. P. 26(c)(1) to protect his name from being disclosed in the litigation of the above-captioned case. Having considered the matter and deeming it otherwise proper and just to do so,

**IT IS ORDERED** that the Plaintiff's motion is GRANTED.

**IT IS FURTHER ORDERED:**

1. Plaintiff John Doe is GRANTED leave to proceed in pseudonym;

2. All Parties shall take all necessary actions to protect the identity of John Doe from disclosure to the public, including but not limited to, redacting his name from publicly filed documents and using the pseudonym "John Doe" in all instances, including where redaction is not possible;

3. If redaction or substitution of the pseudonym is not possible in the public filing of documents or other papers, such public filing shall be made under seal in accordance with Fed. R. Civ. P. 5.2.

4. All Parties shall admonish party and non-party witnesses that they are obliged to maintain the true name of John Doe, as well as all other identifying information about him, as confidential.

5. The protections of this Order shall survive dismissal of this action, unless otherwise ordered by the Court.

Dated this 30th day of June, 2021.

*[signature]*
Douglas L. Rayes
United States District Judge